*In re* SANDRA I. SUÁREZ HERNÁNDEZ.

*Número:* TS-10808 *Resuelto:* 12 de abril de 2006

*Salvador Antonetti Stutts*, procurador general, *Mariana D. Negrón Vargas*, subprocuradora general, y *Minnie H. Rodríguez López*, procuradora general auxiliar; *José M. Montalvo Trías*, director ejecutivo Colegio de Abogados; *Sandra I. Suárez Hernández*, peticionaria.

## RESOLUCIÓN

Examinadas la Moción Solicitando Readmisión a la Práctica de la Profesión de la Abogacía y la Notaría en Puerto Rico, presentada por Sandra I. Suárez Hernández, y las Mociones en Cumplimiento y Contestación a Resolución, presentadas por el Procurador General de Puerto Rico, el Colegio de Abogados de Puerto Rico y la Oficina de Inspección de Notarías, y en vista de que las referidas entidades no han presentado objeción alguna a dicha solicitud, *se declara "con lugar". Se autoriza la readmisión de Sandra I. Suárez Hernández a la práctica de la profesión de la abogacía y la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*